FILED & JUDGMENT ENTERED
David E. Weich

May 25 2006

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                    )    Case No. 06-30689
                                          )        Chapter 13
**EDWIN D. KASPER**                       )
**MARY S. KASPER,**                       )
                                          )
            Debtor(s).                    )
                                          )

**ORDER**

This matter came before the court for hearing on May 23, 2006, upon the court's show cause order due to the debtors previous filing in Case No. 03-31870. The debtors filed a Chapter 13 petition with the court in Case No. 03-31870 on May 16, 2003. The case was subsequently converted to a Chapter 7, and the debtors received their discharge in the Chapter 7 on January 17, 2006.

Despite the previous filing, it appears the debtors may be eligible for a discharge in the present case under the provisions of 11 U.S.C. § 1328(f). A plain reading of the statute does not seem to contemplate ineligibility for a

discharge when a debtor files a Chapter 13 which was subsequently converted to a Chapter 7 in which the debtor received a discharge. Accordingly, the court will treat its show cause order as **SATISFIED**.

**This Order has been signed electronically.**  **United States Bankruptcy Court**
**The Judge's signature and Court's seal**
**appear at the top of the Order.**